RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/9/14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FREDDIE R. LEWIS | DOCKET NO. 1:10-CV-291; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

**JUDGMENT**

For the reasons stated in the Report and Recommendation [Doc. #83] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claim for injunctive relief be **DENIED AND DISMISSED as MOOT**, as he is no longer hosued at Winn Correctional Center (WNC), and there is no reasonable likelihood that he will return to WNC. Plaintiff's claim regarding the failure of defendants to follow state policy is also hereby **DENIED AND DISMISSED** for failure to state a claim. Service of process of Plaintiff's Fourth Amendment claim for damages has been ordered. [Doc. #84]

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 9th day of July, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE