RECEIVED
JAN - 7 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FREDDIE R. LEWIS,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:10-CV-00291 |
| VERSUS | |
| MARK CHATTERSON, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JOSEPH H. L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that Lewis' complaint against Mrs. Millie Melton, Officer Sawyer, and Officer Johnson is DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. rule 4(m).

IT IS FURTHER ORDERED that defendants' motion for summary judgment (Doc. 106) is GRANTED and Lewis' action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of January, 2016.

                                            JAMES T. TRIMBLE, JR.
                                            UNITED STATES DISTRICT JUDGE